# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 28, 2018

157295

PEOPLE OF THE STATE OF MICHIGAN,
    Plaintiff-Appellee,

v

DOUGLAS CHARLES HASTINGS,
    Defendant-Appellant.

_____/

Stephen J. Markman,
*Chief Justice*

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
*Justices*

SC: 157295
COA: 335584
Grand Traverse CC:
16-012484-FC

On order of the Court, the application for leave to appeal the January 9, 2018 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 28, 2018



Clerk

a0927